# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) Civil Action No. 3:16-cv-00223 |
| v. | ) Judge Crenshaw |
| THE VANDERBILT UNIVERSITY and VANDERBILT UNIVERSITY MEDICAL CENTER, | ) Magistrate Judge Brown |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Defendants Vanderbilt University and Vanderbilt University Medical Center hereby notify the Court that the parties have agreed to a resolution of all matters at issue in this case and are in the process of executing a settlement agreement. Defendants respectfully request that the Court take notice of the settlement and stay all proceedings in this case pending the execution of the settlement agreement. After finalizing the settlement agreement, the parties will file a stipulation of dismissal shortly thereafter.

Dated: June 13, 2017

Respectfully submitted,

/s/ David R. Esquivel
David R. Esquivel (TN #021459)
Elaina S. Al-Nimri (TN #034121)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
eal-nimri@bassberry.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this 13th day of June, 2017, upon the following via U.S. mail, postage pre-paid:

>Craig Cunningham
>5543 Edmondson Pike, Suite 248
>Nashville, TN 37211
>
>*Plaintiff*

/s/ David R. Esquivel