UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:16-cv-00223 |
| | ) CHIEF JUDGE CRENSHAW |
| THE VANDERBILT UNIVERSITY and VANDERBILT UNIVERSITY MEDICAL CENTER, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The parties have filed a Notice of Voluntary Dismissal (Doc. No. 75.) Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE