## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

Craig Cunningham

                          Plaintiff,

v.                                          Case No.: 3:16–cv–00223

Vanderbilt University, The, et al.

                          Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/20/2017 re [76].

             Keith Throckmorton, Clerk
            s/ Angie Brewer, Deputy Clerk